IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES H. DILLINGHAM III, | ) | CASE NO. 7:15CV00186 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| LT. HARDY, *et al.*, | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and the clerk shall **STRIKE** the case from the active docket of the court.

ENTERED this  29th  day of June, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE